UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROME** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2089** |
| **TERRY GUILLORY, JOHN DOE,**<br>**RICHARD ROE, AND DANIEL EDWARDS**<br>**IN HIS OFFICIAL CAPACITY AS SHERIFF**<br>**OF TANGIPAHOA PARISH** | **SECTION "K"(1)** |

ORDER AND OPINION

Before the Court is the "Motion for New Trial or Alternatively for Reconsideration of Summary Judgment on Behalf of Plaintiff, Jerry Rome" (Doc. 41). Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, DENIES the motion.

In an Order and Opinion filed May 27, 2008, the Court denied plaintiff Jerry Rome's motion for summary judgment, granted the motion for summary judgment filed on behalf of defendants Tangipahoa Parish Sheriff Daniel Edwards, Deputy Terry Guillory, Deputy Henry Neihausm and Deputy Dale Athman, and dismissed plaintiff's claims for damages for unlawful seizure and use of excessive force. Plaintiff now asks the Court to reconsider its decision with respect to the dismissal of his claim for unlawful seizure pursuant to 42 U.S.C. §1983.

Before entering the Order and Opinion dismissing plaintiff's claims, the Court carefully reviewed plaintiff's contentions and the applicable law. The Court has now again carefully considered the contentions urged by plaintiff and does not find them persuasive. Plaintiff has not put forth any new facts in connection with this motion nor has he cited any Louisiana law not previously considered by th Court. Accordingly,

**IT IS ORDERED** that the "Motion for New Trial or Alternatively for Reconsideration of

Summary Judgment on Behalf of Plaintiff, Jerry Rome" is DENIED.

New Orleans, Louisiana, this 4th day of November, 2008.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE